**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **JERMALL ANDERSON,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES DEPARTMENT OF JUSTICE,**<br><br>**Defendant.** | **Civil Action No. 25-13448-DJC** |

**ORDER**

**CASPER, C.J.** **September 25, 2026**

1. The Clerk shall issue summons for service of the amended complaint on the defendant.

2. The plaintiff must serve the defendant in accordance with Federal Rule of Civil Procedure 4 and may elect to have service made by the United States Marshals Service ("USMS"). If directed by plaintiff to do so, the USMS shall serve the summons, amended complaint, and this Order upon the defendant, in the manner directed by plaintiff, with all costs of service to be advanced by the USMS. Because the plaintiff is suing a federal agency, he must also serve copies of the summons, the amended complaint, and this order on the Attorney General of the United States and the United States Attorney for the District of Massachusetts. See Fed. R. Civ. P. 4(i)(3). It is plaintiff's responsibility to provide the USMS with all necessary paperwork and service information.

3. Notwithstanding Fed. R. Civ. P. 4(m) and Local Rule 4.1, plaintiff shall have 90 days from the date the summons issues to complete service.

**SO ORDERED.**

/s Denise J. Casper
Denise J. Casper
Chief United States District Judge